IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM MARSH RICE UNIVERSITY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00667 |
| | § | |
| WINSTON GANDY, | § | |
| | § | |
| *Defendant*. | § | |

## WILLIAM MARSH RICE UNIVERSITY'S
## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff William Marsh Rice University, by and through its undersigned counsel, hereby voluntarily dismisses the above-styled action in its entirety, with prejudice to the refiling of same.

DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP

*/s/ Anthony D. Drumheller*
Anthony D. Drumheller
State Bar No. 00793642
Federal I.D. No. 22734

1001 Fannin Street, Suite 2428
Houston, Texas 77002
Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Email: adrumheller@dhmlaw.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF
WILLIAM MARSH RICE UNIVERSITY

**OF COUNSEL:**

Jeremy T. Monthy
State Bar No. 24073240
Federal I.D. No. 1115582

DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP
1001 Fannin Street, Suite 2428
Houston, Texas 77002
Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Email:  jmonthy@dhmlaw.com